

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2017

No. 04-17-00218-CV

**IN RE ESTATE OF LEONOR V. MUNOZ,**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2017-PB7000003L1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED. The appellant's brief is due on August 14, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk